IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
(FLORENCE)

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| Plaintiff, | * |
| vs. | * CASE NO.: 4:15-CR-00513-CRI-5 |
| RADION BULIMAGA | * |
| Defendant. | * |

## ORDER

On June 24, 2016, Defendant filed a Motion for Release and Return of Cash Bond and Passport.

It is hereby ordered that the Motion for Release and Return of defendant's Cash Bond and Passport is **GRANTED**.

This 27th day of June, 2016.

_____
Honorable Bruce H. Hendricks
Judge, United State District Court
District of South Carolina

Prepared by: Marcia G. Shein
Attorney for Defendant
Georgia Bar No. 639820
2392 North Decatur Road
Decatur, Georgia 30033
(404)633-3797

1